No. 90–8031. LINDGREN v. MCGINNIS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 90–8033. COOPER ET AL. v. FRANK ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–8034. RAHMING v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–8035. THOMPSON v. MOORE ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–8037. MEEKS v. O'LEARY ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–8039. WOLLERMANN v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 90–8041. JOHNSON v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 90–8044. CARCAISE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–8046. DOTTA v. KEENEY. C. A. 9th Cir. Certiorari denied.

No. 90–8050. ROBINSON v. YELLOW FREIGHT SYSTEM. C. A. 4th Cir. Certiorari denied.

No. 90–8051. WILLIAMS v. WELLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–8054. WINSTEAD v. CLARK ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–8055. ZACZEK v. SHERIFF, FAUQUIER COUNTY, VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 90–8059. SANDERS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.